DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 198P15 | State v. Dennis Y. Jackson | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-791) | Denied |
|---|---|---|---|
| 200P15 | State v. Kevin Mitchell | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed **06/17/2015** |
| 201PA12-3 | Margaret Dickson, et al. v. Robert Rucho, et al. | 1. Motion to Admit Robert A. Atkins *Pro Hac Vice*<br><br>2. Motion to Admit Farrah R. Berse *Pro Hac Vice*<br><br>3. Motion to Admit Pietro Signoracci *Pro Hac Vice*<br><br>4. Motion to Admit Theodore V. Wells, Jr. *Pro Hac Vice*<br><br>5. Motion to Admit Jaren Janghorbani *Pro Hac Vice* | 1. Allowed **06/16/2015**<br><br>2. Allowed **06/16/2015**<br><br>3. Allowed **06/16/2015**<br><br>4. Allowed **06/16/2015**<br><br>5. Allowed **06/16/2015** |
| 201PA12-3 | Margaret Dickson, et al. v. Robert Rucho, et al. | Congressional Black Caucus' Motion for Leave to File *Amicus* Brief | Allowed **06/16/2015** |
| 201PA12-3 | Margaret Dickson, et al. v. Robert Rucho, et al. | N.C. Law Professors' Motion for Leave to File *Amicus* Brief | Allowed **06/29/2015** |
| 201P15 | Twan Bey (Antwan L. Burns) v. Cumberland County District Court, Robert J. Stiehl | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 203P15 | State v. Anthony Craig Walker | 1. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA13-1356)<br><br>2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA | 1. Denied<br><br>2. Denied |